UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FREDERICK VON SEYDEWITZ,<br><br>                            Plaintiff,<br><br>   v.<br><br>STATE OF NEVADA et al.,<br><br>                          Defendants. | Case No. 2:16-cv-01704-JCM-VCF<br><br>ORDER |

Defendant's motion for an extension of time to extend the stay for settlement purposes (ECF No. 16) is granted. Defendant shall file a stipulation of dismissal on or before Monday, August 27, 2018.

DATED THIS 2nd day of August 2018.

_____
UNITED STATES MAGISTRATE JUDGE